**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victor A. Cervi,            )<br>                              )<br>     Plaintiff,              )<br>                              )<br>vs.                           )<br>                              )<br>Michael J. Astrue,         )<br>                              )<br>     Defendant.             )<br>_____)  | No. CV 01-2337-PHX-FJM<br><br>**ORDER** |

Nine years ago, we remanded this case to the Social Security Administration under sentence 6 of 42 U.S.C. §405(g). Six years ago, the Social Security Administration ruled in favor of the plaintiff. We now have before us the Social Security Administration's Motion to Reopen solely for the purpose of entering a final judgment under sentence 4 of §405(g) in favor of plaintiff. (Doc. 17). No explanation for the extraordinary delay, or why it matters at this point, is given. No response from plaintiff has been filed.

At all events, it is ORDERED GRANTING defendant's Motion solely for the purpose of directing the clerk to enter final judgment under sentence 4 of §405(g) in favor of plaintiff and against the defendant, affirming the Commissioner's decision to waive the recovery of overpayments to plaintiff. (Doc. 17).

DATED this 6th day of June, 2011.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge